IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARIEL OLIVENCIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-4184 |
| DELTA DENTAL OF PENNSYLVANIA | : | |

**O R D E R**

AND NOW, this 11th day of December, 2002, after the Initial Pretrial Scheduling Conference with Counsel for Defendant and pro se Plaintiff present, and the parties having requested time to discuss amicable resolutions of this matter, it is ORDERED that the Pretrial Conference is continued for a period of sixty days.  The parties shall keep the Court advised as to the status of this settlement discussions.  The Pretrial Conference will be rescheduled if settlement does not occur.

BY THE COURT:

_____
R. Barclay Surrick, Judge