**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ARIEL OLIVENCIA,** : | |
|     **Plaintiff** : | |
| : | |
| : | No.: 02-CV 4184 |
| **v.** : | |
| : | |
| **DELTA DENTAL OF** : | |
| **PENNSYLVANIA,** : | |
|     **Defendant** : | |

## STIPULATION OF DISMISSAL

**AND NOW**, the parties hereto, Ariel Olivencia, and Delta Dental of Pennsylvania, hereby agree that the above-captioned action be dismissed with prejudice and the Defendant be released from any and all liability, claims, or rights of action arising from and contained in the Complaint in this action.

**Date:** _____
_____**Ariel Olivencia**

                              **NAUMAN, SMITH, SHISSLER & HALL, LLP**

                              _____

                              **Dennis E. Boyle, Esquire**
                              Supreme Court I.D. No. 49618

                              **Jodi A. Beierschmitt, Esquire**
                              Supreme Court I.D. No. 84727
                              200 N. 3rd Street, 18th Floor
                              P. O. Box 840
                              Harrisburg  PA  17108-0840
                              Counsel For: Delta Dental of Pennsylvania

Date:

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARIEL OLIVENCIA,** | : |
|     **Plaintiff** | : |
| | : |
| | : No.: 02-CV 4184 |
| **v.** | : |
| | : |
| **DELTA DENTAL OF PENNSYLVANIA,** | : |
| | : |
|     **Defendant** | : |

## **ORDER**

    **AND NOW** this _____ day of _____, 2003, IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice.


                           BY THE COURT:

                           _____

                                                  J.